FILED
SUPERIOR COURT
OF GUAM

2018 JAN 23 AM 9: 16

CLERK OF COURT

By:_____

# IN THE SUPERIOR COURT
## OF GUAM

CHRISTOPHER A. GUERRERO,    )     Case No. DM0564-17
)
        Plaintiff,    )
)
    vs.    )
)
ALANA R. GUERRERO,    )     **DECISION & ORDER**
)
        Defendant.    )
)
_____ )

This matter is before the Honorable Michael J. Bordallo on Plaintiff Christopher Guerrero's Motion for Reconsideration. Plaintiff Christopher Guerrero ("Plaintiff") is represented by Attorney Gary Gumataotao. Defendant Alana R. Guerrero is represented by Attorney Daniel S. Somerfleck.[1] Having considered the moving papers, arguments presented, record, and applicable law, the Court issues the following Decision and Order.

Plaintiff moves the Court to reconsider its October 30, 2017 Decision denying his ex parte request for relief. The Court reaffirms its determination that Plaintiff was not entitled to ex parte relief. Plaintiff argues that certain matters may be heard on an ex parte basis, especially in *exigent* circumstances. The Court, in making its previous decision, found that exigent circumstances did not exist to warrant ex parte relief. Plaintiff admits that the children had resided off island for three months before he requested that the Court order their return within

---

[1] Attorney Daniel S. Somerfleck did not enter his appearance in this matter until December 14, 2017. At the time of Plaintiff's initial Petition for Temproary Restraining Order, Defendant was unrepresented. Further, when Plaintiff filed the present Motion for Reconsideration, Defendant was still without representation.

ORIGINAL

two weeks. Further, Plaintiff was in contact with Defendant during the three months prior to his initial request for immediate return.

To be clear, the Court did not determine whether Plaintiff is entitled to the return of the children. The Court only ruled on the propriety of the motion brought on an ex parte basis. Plaintiff may file a motion with respect to the return of the children. Defendant is now represented by local counsel. Upon proper service of the other party and after sufficient time for a response, the Court will determine the merits of the motion. Had Plaintiff properly filed a motion, served Defendant, and allowed her to respond, the Court would have issued a Decision and Order by this date. However, Plaintiff's decision to proceed on an ex parte basis was at his own risk and has resulted in this delay.

## CONCLUSION AND ORDER

For the reasons set forth above, the Court DENIES Plaintiff's Motion for Reconsideration.

SO ORDERED, this _____ day of _____ 2018.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

**SERVICE VIA COURT BOX**
I acknowledge that a copy of the original hereto was placed in the court box of: Somerfleck
Gumataotao & Pole
Date: 1/23/18  Time: 10am
DAVILYNN S. PEREZ
Deputy Clerk, Superior Court of Guam